UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| OLIVER HINKLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 09-56-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KENTUCKY DEPARTMENT OF CORRECTIONS, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and on May 27, 2011 [Record No. 25], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.  Judgment is entered in favor of Defendants Kentucky Department of Corrections, Eastern Kentucky Correctional Complex, Dr. Ron Everson, Warden John Motley and Commissioner LaDonna Thompson with respect to all issues raised in this proceeding by Plaintiff Oliver Hinkle.

2.  This matter is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 27th day of June, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge